# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

**SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for **each defendant**. Please type. Do Not detach any copies.

1. PLAINTIFF/S/: Lamar Marshall
2. COURT NUMBER: CV-2022-004141
3. DEFENDANT/S/: Delaware County d/b/a George W Hill Correctional Facility
4. TYPE OF WRIT OR COMPLAINT: Civil Action Complaint

**SERVE** → 5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE: Counselor Sam

**AT** 6. ADDRESS: 500 Cheyney Rd Thornton PA 19373

7. INDICATE UNUSUAL SERVICE: ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20 ___, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff
Invoice No. 479079
Amount Pd. $235.00
Docket #
Page 6 of 7
7 Copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR:
Gary Schafkopf, Esq
11 Bala Ave
Bala Cynwyd PA 19004

10. TELEPHONE NUMBER: 610-664-5200
11. DATE: 7-29-22
12. SIGNATURE: /s/ Gary Schafkopf

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above.
SIGNATURE of Authorized DCSD Deputy or Clerk and Title: MMH
14. Date Filed: 7-28-22
15. Expiration/Hearing date: 30 Days

**TO BE COMPLETED BY SHERIFF**

16. Served and made known to Nikki Miller on the 10th day of August 20 22 at 2:10 o'clock, P.M., at 500 Cheyney Rd, Thornton PA 19373, Defendant(s) Street, County of Delaware,

Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business.
☐ Posted
☐ Other

On the ___ day of _____, 20 ___, at ___ o'clock, ___ M.
Defendant not found because:
☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other _____

REMARKS:
RETURNED:

17. AFFIRMED and subscribed to before me this
20 day of _____ 20
23. _____
Notary Public
MY COMMISSION EXPIRES

18. Signature of Deputy Sheriff
21. Signature of Sheriff
SO ANSWER
19. Date: 8/10/22
22. Date: AUG 12 2022

SHERIFF OF DELAWARE COUNTY

24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE
25. Date Received

DCSD-1-1989

1. ISSUING AUTHORITY

Copying Prohibited

FILED
08-17-2022 02:55 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

# SHERIFF'S DEPARTMENT
DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

**SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type. Do Not detach any copies.

1. PLAINTIFF/S/: Lamar Marshall
2. COURT NUMBER: CV-2022-004141
3. DEFENDANT/S/: Delaware County d/b/a George W. Hill Correctional Facility
4. TYPE OF WRIT OR COMPLAINT: Civil Action Complaint

SERVE AT:
5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE: Head of Maintenance Department
6. ADDRESS: 500 Cheyney Rd Thornton PA 19373

7. INDICATE UNUSUAL SERVICE: ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20__, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff
Invoice No. 479079
Amount Pd $235.00
Docket #
Page
7 of 7
7 Copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR:
Gary Schafkopf Esq
11 Bala Ave
Bala Cynwyd PA 19004

10. TELEPHONE NUMBER: 610-664-5200
11. DATE: 7-29-22
12. SIGNATURE: S/ Gary Schafkopf

**SPACE BELOW FOR USE OF SHERIFF ONLY — DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above
SIGNATURE of Authorized DCSD Deputy or Clerk and Title: MMcH
14. Date Filed: 7-28-22
15. Expiration/Hearing date: 30 Days

TO BE COMPLETED BY SHERIFF

16. Served and made known to Nikki Miller on the 10th day of August, 20 22, at 2:10 o'clock, P. M., Defendant(s) at 500 Cheyney Rd, Thornton PA 19373, Street, County of Delaware, Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business.
☐ Posted
☐ Other _____

On the _____ day of _____, 20 __, at _____ o'clock, __ M.
Defendant not found because:
☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other

REMARKS:
RETURNED:

SO ANSWER.

17. AFFIRMED and subscribed to before me this
20 day of _____ 20 __
23. _____ Notary Public
MY COMMISSION EXPIRES

18. Signature of Deputy Sheriff: [signature] Kevin Scanlan
21. Signature of Sheriff: Jerry L. Sanders Jr.
SHERIFF OF DELAWARE COUNTY
19. Date: 8/10/22
22. Date: AUG 12 2022

24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE.
25. Date Received

DCSD-1-1989

1. ISSUING AUTHORITY

Copying Prohibited

FILED
08-17-2022 02:57 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

**SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type. Do Not detach any copies.

1. PLAINTIFF/S/: Lamar Marshall
2. COURT NUMBER: CV-2022-004141
3. DEFENDANT/S/: Delaware County d/b/a George W. Hill Correctional Facility
4. TYPE OF WRIT OR COMPLAINT: Civil Action Complaint

**SERVE AT**
5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE: Mr. Banks
6. ADDRESS: 500 Cheyney Rd Thorton PA 19373

7. INDICATE UNUSUAL SERVICE: ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20____, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff. _____

**SHERIFF OF DELAWARE COUNTY**

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff
Invoice No. 479079
Amount Pd. $235.00
Docket #
Page 5 of 7
7 copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR:
Gary Schafkopf Esq
11 Bala Ave
Bala Cynwyd PA 19004

10. TELEPHONE NUMBER: 610-664-5200
11. DATE: 7-29-22
12. SIGNATURE: /s/ Gary Schafkopf

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above
SIGNATURE of Authorized DCSD Deputy or Clerk and Title: MMH
14. Date Filed: 7.28.22
15. Expiration/Hearing date: 30 Days

**TO BE COMPLETED BY SHERIFF**

16. Served and made known to Nikki Miller _____, Defendant(s)
on the 10th day of August 20 22, at 2:10 o'clock, P M.,
at 500 Cheyney Rd, Thornton PA 19373 Street, County of Delaware,
Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business.
☐ Posted
☐ Other

On the ____ day of _____, 20____, at _____ o'clock, ____ M.
Defendant not found because:
☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other _____

REMARKS:
RETURNED:

17. AFFIRMED and subscribed to before me this ____
20. day of _____ 20____
23. _____
Notary Public
MY COMMISSION EXPIRES

SO ANSWER
18. Signature of Dep Sheriff: Kevin Skarlden
21. Signature of Sheriff: Jerry L. Sanders Jr.
19. Date: 8/10/22
22. Date: AUG 1 2 2022
SHERIFF OF DELAWARE COUNTY

24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE
25. Date Received

DCSD-1-1989

Copying Prohibited