EXHIBIT "C"

## IN THE COURT OF COMMONPLEAS OF DELAWARE COUNTY, PENNSYLVANIA
## CIVIL LAW -- ACTION

PLAINTIFF(S)

No. CV-2022-004141

Lamar Marshall

vs

DEFENDANT (S)

Delaware County d/b/a George W. Hill Correctional Facility, et al

See Attached List of Participants

### PRAECIPE FOR WRIT OF SUMMONS

TO THE OFFICE OF JUDICIAL SUPPORT:

Issue summons in civil action in the above.

*Gary Schafkopf*
Signature of Attorney/Pro Se Party

Gary Schafkopf, Esq
11 Bala Ave Bala Cynwyd PA 19004
610-664-5200
Name/Address/Telephone # of Attorney/Pro Se Party

Attorney Supreme Court ID # 83362

### WRIT OF SUMMONS IN CIVIL ACTION

TO: Delaware County d/b/a George W. Hill Correctional Facility; Laura K. Williams; Dele Faly; Lisa Mastroddi; Mr. Bank; Counselor Sam; and Head of Maintenance Department

YOU ARE NOTIFIED THAT THE ABOVE- NAMED PLAINTIFF(S) HAS/HAVE COMMENCED AN ACTION AGAINST YOU.

*Mary J. Walsh*
MARY J. WALK, ESQ., DIRECTOR
OFFICE OF JUDICIAL SUPPORT

Date: June 17, 2022

Deputy: *John Oliver*

ISSUED
06-17-2022 05:36 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

Rev: 04-22-2020

## **LIST OF PARTICIPANTS**

LAMAR MARSHALL
924 E. 27th Street
Wilmington, DE 19802
      Plaintiff,
  v.

DELAWARE COUNTY D/B/A GEORGE W. HILL CORRETIONAL FACILITY
500 Cheyney Rd
Thornton, PA 19373

and

LAURA K. WILLIAMS
Individually and in her official capacity as Warden
500 Cheyney Rd
Thornton, PA 19373

and

DELE FALY
Individually and in his official capacity as Deputy Warden of Programs and Support
500 Cheyney Rd
Thornton, PA 19373

and

LISA MASTRODDI
Individually and in her official capacity as Deputy Warden of Operations and Administration
500 Cheyney Rd
Thornton, PA 19373

and

MR. BANKS
Individually and in his official capacity as Correctional Officer
500 Cheyney Rd
Thornton, PA 19373

and

COUNSELOR SAM
Individually and in her official capacity as Counselor
500 Cheyney Rd

Thornton, PA 19373

and

HEAD OF MAINTENANCE DEPARTMENT
Individually and in his official capacity as Head of Maintenance Department
500 Cheyney Rd
Thornton, PA 19373

                        Defendants.

FILED
06-17-2022 05:21 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

**SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type. Do Not detach any copies.

1. PLAINTIFF/S/ Lamar Marshall
2. COURT NUMBER: CV-2022-004141
3. DEFENDANT/S/ Delaware County d/b/a George W. Hill Correctional Facility et al
4. TYPE OF WRIT OR COMPLAINT: Writ of Summons

SERVE ➡ 5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE: Mr. Bank
AT 6. ADDRESS: 500 Cheyney Rd Thorton PA 19373

7. INDICATE UNUSUAL SERVICE: ☐ REG-MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____, 20__, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff
Invoice No. 477113
Amount Pd $270.00
Docket #
Page 5 of 7
7 Copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR: Gary Schafkopf, Esq, 11 Bala Ave, Bala Cynwyd PA 19004
10. TELEPHONE NUMBER: 610-664-5200
11. DATE: 6-22-22
12. SIGNATURE: Gary Schafkopf

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above
SIGNATURE of Authorized DCSD Deputy or Clerk and Title: MKH
14. Date Filed: 6-17-22
15. Expiration/Hearing date: 30 Days

TO BE COMPLETED BY SHERIFF

16. Served and made known to Laura Williams (Warden), Defendant(s) on the 29th day of June, 2022, at 230 o'clock, P.M., at 500 Cheyney Rd, Thornton PA 19373 Street, County of Delaware, Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business.
☐ Posted _____
☐ Other _____

On the _____ day of _____, 20__, at _____ o'clock, _____ M.
Defendant not found because:
☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other _____

REMARKS:
RETURNED:

SO ANSWER.

17. AFFIRMED and subscribed to before me this _____ 20 day of _____ 20
18. Signature of Deputy Sheriff: Kevin Scanlan
19. Date: 6/29/22
21. Signature of Sheriff
22. Date

23. _____ Notary Public
MY COMMISSION EXPIRES
24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE
SHERIFF OF DELAWARE COUNTY: Jerry L. Sanders Jr.
Date Received: Jun 30 2022

DCSO-1-1989

FILED
07-19-2022 03:51 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

1. ISSUING AUTHORITY

Copying Prohibited

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

**SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type. Do Not detach any copies.

1. PLAINTIFF/S/ Lamar Marshall
2. COURT NUMBER: CV-2022-004141
3. DEFENDANT/S/ Delaware County d/b/a George W. Hill Correctional Facility et al
4. TYPE OF WRIT OR COMPLAINT: Writ of Summons

**SERVE →**
5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE: Lisa Mustroddi
**AT**
6. ADDRESS: 500 Cheyney Rd Thorton PA 19373

7. INDICATE UNUSUAL SERVICE: ☐ REG. MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20 _____, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff
Invoice No. 477113
Amount Pd. $270.00
Docket #
Page 4 of 7
7 COPIES

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR: Gary Schafkopf, Esq, 11 Bala Av, Bala Cynwyd PA 19004
10. TELEPHONE NUMBER: 610-664-5200
11. DATE: 6-22-22
12. SIGNATURE: Gary Schaffer

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above
SIGNATURE of Authorized DCSD Deputy or Clerk and Title: MMH
14. Date Filed: 6-17-22
15. Expiration/Hearing date: 30 Days

**TO BE COMPLETED BY SHERIFF**

16. Served and made known to Laura Williams (Warden), Defendant(s) on the 29th day of June 20 22, at 230 o'clock, P M., at 500 Cheyney Rd, Thornton PA 19373 Street, County of Delaware, Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business.
☐ Posted _____
☐ Other _____

On the _____ day of _____, 20 _____, at _____ o'clock, _____ M.
Defendant not found because:
☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other _____

REMARKS:
RETURNED:

SO ANSWER.

17. AFFIRMED and subscribed to before me this _____
20 day of _____ 20
18. Signature of Deputy Sheriff: Kevin Scanlan
19. Date: 6/29/22
21. Signature of Sheriff:
22. Date:
23. Notary Public
MY COMMISSION EXPIRES
24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE: Jerry L. Sanders Jr.
SHERIFF OF DELAWARE COUNTY
Date Received: JUN 30 2022

DCSD-1-1989

FILED
07-19-2022 03:50 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

1. ISSUING AUTHORITY

Copying Prohibited

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

**SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type. Do Not detach any copies.

1. PLAINTIFF/S/ — Lamar Marshall
2. COURT NUMBER — CV-2022-004141
3. DEFENDANT/S/ — Delaware County d/b/a George W. Hill Correctional Facility etal
4. TYPE OF WRIT OR COMPLAINT — Writ of Summons

**SERVE AT**
5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE — Laura K. Williams
6. ADDRESS — 500 Cheyney Rd Thorton PA 19373

7. INDICATE UNUSUAL SERVICE: ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20___, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff
Invoice No. 477113
Amount Pd $270.00
Docket #
Page 2 of 7
7 Copies

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR — Gary Schafkopf, Esq, 11 Bala Ave, Bala Cynwyd PA 19004
10. TELEPHONE NUMBER — 610-664-5200
11. DATE — 6-22-22
12. SIGNATURE — Gary Schaf...

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above
SIGNATURE of Authorized DCSD Deputy or Clerk and Title — MMH
14. Date Filed — 6-17-22
15. Expiration/Hearing date — 30 Days

**TO BE COMPLETED BY SHERIFF**

16. Served and made known to Laura Williams (Warden), Defendant(s) on the 29th day of JUNE, 2022, at 2:30 o'clock, P.M. at 500 Cheyney Rd, Thornton PA 19373, Street, County of Delaware, Commonwealth of Pennsylvania, in the manner described below:
☑ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☐ Agent or person in charge of Defendant's office or usual place of business.
☐ Posted _____
☐ Other _____

On the _____ day of _____, 20___, at _____ o'clock, ___ M.
Defendant not found because:
☐ Moved ☐ Unknown ☐ No Answer ☐ Vacant ☐ Other _____

REMARKS:
RETURNED:

SO ANSWER.

17. AFFIRMED and subscribed to before me this _____
20 day of _____ 20___
18. Signature of Dep Sheriff — Kevin Scanlan
19. Date — 6/29/22
21. Signature of Sheriff
22. Date
23. Notary Public
MY COMMISSION EXPIRES

24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE — Jerry L. Sanders
25. Date Received — JUN 30 2022

SHERIFF OF DELAWARE COUNTY

DCSD-1-1989

FILED
07-19-2022 03:47 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

1. ISSUING AUTHORITY

Copying Prohibited

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

### SHERIFF SERVICE
### PROCESS RECEIPT, and AFFIDAVIT OF RETURN

**INSTRUCTIONS FOR SERVICE OF PROCESS:** You must file one instruction sheet for each defendant. Please type. Do Not detach any copies.

1. **PLAINTIFF/S/** Lamar Marshall
2. **COURT NUMBER** CV-2022-004141
3. **DEFENDANT/S/** Delaware County d/b/a George W. Hill Correctional Facility et al
4. **TYPE OF WRIT OR COMPLAINT** Writ of Summons

**SERVE AT:**
5. **NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE** Head of Maintenance Department
6. **ADDRESS** 500 Cheyney Rd Thorton PA 19373

7. **INDICATE UNUSUAL SERVICE:** ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20 __, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

8. **SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE**

Deputy Sheriff
Invoice No. 477113
Amount Pd. $270.00
Docket #
Page 1 of 7
7 Copies

**NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN** — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. **PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR**
Gary Schafkopf, Esq
11 Bala Ave
Bala Cynwyd PA 19004

10. **TELEPHONE NUMBER** 610-664-5200
11. **DATE** 6-22-22
12. **SIGNATURE** Gary Schafkopf

---

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above
SIGNATURE of Authorized DCSD Deputy or Clerk and Title: MKH
14. **Date Filed** 6-17-22
15. **Expiration/Hearing date** 30 Days

**TO BE COMPLETED BY SHERIFF**

16. Served and made known to Laura Williams (Warden), Defendant(s) on the 29th day of June, 20 22, at 230 o'clock, P M., at 500 Cheyney Rd, Thornton PA 19373 Street, County of Delaware,

Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☑ Agent or person in charge of Defendant's office or usual place of business.
☐ Posted
☐ Other

On the _____ day of _____, 20 __, at _____ o'clock, __ M.
Defendant not found because:
☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other

**REMARKS:**
**RETURNED:**

**SO ANSWER.**

17. AFFIRMED and subscribed to before me this _____
20 day of _____ 20
18. Signature of Dep. Sheriff: Kevin Scanlon
19. Date: 6/29/22
21. Signature of Sheriff
22. Date

23. _____ Notary Public
MY COMMISSION EXPIRES
24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE
Jerry L. Sanders, Jr. SHERIFF OF DELAWARE COUNTY
25. Date: JUN 3 0 2022

DCSO-1-1989

Copying Prohibited

FILED
07-19-2022 03:54 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

1. **ISSUING AUTHORITY**

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

**SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type. Do Not detach any copies.

1. PLAINTIFF/S/: Lamar Marshall
2. COURT NUMBER: CV-2022-004141
3. DEFENDANT/S/: Delaware County d/b/a George W. Hill Correctional Facility et al
4. TYPE OF WRIT OR COMPLAINT: Writ of Summons

**SERVE →**
5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE: Dele Fahy
6. ADDRESS: 500 Cheyney Rd Thorton PA 19373

7. INDICATE UNUSUAL SERVICE: ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20___, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff
Invoice No. 477113
Amount Pd $270.00
Docket #
Page
3 of 7
7 copies

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR: Gary Schafkopf, Esq / 11 Bala Ave / Bala Cynwyd PA 19004
10. TELEPHONE NUMBER: 610-664-5200
11. DATE: 6-22-22
12. SIGNATURE: Gary Schafkopf

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above
SIGNATURE of Authorized DCSD Deputy or Clerk and Title: JMH
14. Date Filed: 6-17-22
15. Expiration/Hearing date: 30 Days

**TO BE COMPLETED BY SHERIFF**

16. Served and made known to Laura Williams (Warden), Defendant(s) on the 29th day of June, 20 22, at 230 o'clock, P M., at 500 Cheyney Rd, Thornton PA 19373 Street, County of Delaware,

Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business.
☐ Posted
☐ Other

On the ___ day of ___, 20___, at ___ o'clock, ___ M.
Defendant not found because:
☐ Moved ☐ Unknown ☐ No Answer ☐ Vacant ☐ Other

REMARKS:
RETURNED:

SO ANSWER.

17. AFFIRMED and subscribed to before me this
20 day of _____ 20
18. Signature of Dep Sheriff: Kevin Scanlan
19. Date: 6/29/22
21. Signature of Sheriff
22. Date
23. Notary Public
MY COMMISSION EXPIRES
24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE: Jerry L. Sanders Jr.
SHERIFF OF DELAWARE COUNTY
Date Received: JUN 30 2022

DCSD-1-1989

FILED
07-19-2022 03:48 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

1. ISSUING AUTHORITY

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

Scanlan 6/29/22

**SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type. Do Not detach any copies.

1. PLAINTIFF/S/: Lamar Marshall
2. COURT NUMBER: CV-2022-004141
3. DEFENDANT/S/: Delaware County d/b/a George W. Hill Correctional Facility et al
4. TYPE OF WRIT OR COMPLAINT: Writ of Summons

**SERVE** → 5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE: Delaware County d/b/a George W. Hill Correctional Facility
**AT** 6. ADDRESS: 500 Cheyney Rd Thornton PA 19373

7. INDICATE UNUSUAL SERVICE: ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20___, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff
Invoice No. 477113
Amount Pd. $270.00
Docket #
Page 1 of 7
7 Copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR:
Gary Schafkopf Esq
11 Bala Ave
Bala Cynwyd PA 19004

10. TELEPHONE NUMBER: 610-664-5200
11. DATE: 6-22-22
12. SIGNATURE: Gary Schafkopf

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above
SIGNATURE of Authorized DCSD Deputy or Clerk and Title: MMH
14. Date Filed: 6-17-22
15. Expiration/Hearing date: 30 Days

**TO BE COMPLETED BY SHERIFF**

16. Served and made known to George W Hill CF, Defendant(s) on the 29 day of JUNE 20 22, at 2:30 o'clock, P.M., at 500 Cheyney Rd, Thornton PA 19373 Street, County of Delaware, Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☐ Agent or person in charge of Defendant's office or usual place of business.
☐ Posted
☒ Other: Laura Williams (Warden)

On the _____ day of _____, 20___, at _____ o'clock, _____ M.
Defendant not found because:
☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other

REMARKS:
RETURNED:

SO ANSWER.

17. AFFIRMED and subscribed to before me this _____
20 day of _____ 20___
18. Signature of Dep Sheriff: Kevin Scanlon
19. Date: 6/29/22
21. Signature of Sheriff: Jerry L. Sanders Jr.
22. Date:
23. Notary Public
MY COMMISSION EXPIRES
SHERIFF OF DELAWARE COUNTY
24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE
25. Date Received: JUN 30 2022

DCSD-1-1989

FILED
07-19-2022 03:45 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

1. ISSUING AUTHORITY

Copying Prohibited

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

**SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type. Do Not detach any copies.

1. PLAINTIFF/S/: Lamar Marshall
2. COURT NUMBER: CV-2022-004141
3. DEFENDANT/S/: Delaware County d/b/a George W. Hill Correctional Facility et al
4. TYPE OF WRIT OR COMPLAINT: Writ of Summons

**SERVE** →
5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE: Counselor Sam
**AT**
6. ADDRESS: 500 Cheyney Rd Thorton PA 19373

7. INDICATE UNUSUAL SERVICE: ☐ REG-MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____, 20___, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff
Invoice No. 477113
Amount Pd $270.00
Docket #
Page 6 of 7
7 Copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR:
Gary Schafkopf Esq
11 Bala Ave
Bala Cynwyd PA 19004

10. TELEPHONE NUMBER: 610-664-5200
11. DATE: 6-22-22
12. SIGNATURE: Gary Schafkopf

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above
SIGNATURE of Authorized DCSD Deputy or Clerk and Title: MLH
14. Date Filed: 6-17-22
15. Expiration/Hearing date: 30 Days

**TO BE COMPLETED BY SHERIFF**

16. Served and made known to Laura Williams (warden), Defendant(s)
on the 29th day of June, 20 22, at 230 o'clock, P M.,
at 500 Cheyney Rd, Thornton PA 19373 Street, County of Delaware,
Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business.
☐ Posted _____
☐ Other _____

On the _____ day of _____, 20___, at _____ o'clock, ___ M.
Defendant not found because:
☐ Moved   ☐ Unknown   ☐ No Answer   ☐ Vacant   ☐ Other _____

REMARKS:
RETURNED:

SO ANSWER.

17. AFFIRMED and subscribed to before me this _____
20 day of _____ 20
18. Signature of Dep. Sheriff: Kevin Scanlan
19. Date: 6/29/22
21. Signature of Sheriff:
22. Date:

23. _____ Notary Public
MY COMMISSION EXPIRES
24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE: Jerry L. Sanders Jr.
SHERIFF OF DELAWARE COUNTY
25. Date Received: JUN 3 0 2022

DCSD-1-1989

FILED
07-19-2022 03:53 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

1. ISSUING AUTHORITY

Copying Prohibited

# SHERIFF'S DEPARTMENT
### DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

**SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type. Do Not detach any copies.

1. PLAINTIFF/S/: Lamar Marshall
2. COURT NUMBER: CV-2022-004141
3. DEFENDANT/S/: Delaware County d/b/a George W. Hill Correctional Facility
4. TYPE OF WRIT OR COMPLAINT: Civil Action Complaint

SERVE AT:
5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE: Mr. Banks
6. ADDRESS: 500 Cheyney Rd Thornton PA 19373

7. INDICATE UNUSUAL SERVICE: ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20___, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff
Invoice No. 479079
Amount Pd. $235.00
Docket #
Page 5 of 7
7 copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR:
Gary Schafkopf Esq
11 Bala Ave
Bala Cynwyd PA 19004

10. TELEPHONE NUMBER: 610-664-5200
11. DATE: 7-29-22
12. SIGNATURE: /s/ Gary Schafkopf

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above
SIGNATURE of Authorized DCSD Deputy or Clerk and Title: MMH
14. Date Filed: 7.28.22
15. Expiration/Hearing date: 30 Days

TO BE COMPLETED BY SHERIFF

16. Served and made known to Nikki Miller _____, Defendant(s) on the 10th day of August 20 22, at 2:10 o'clock, P M., at 500 Cheyney Rd, Thornton PA 19373 Street, County of Delaware, Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business.
☐ Posted
☐ Other

On the _____ day of _____, 20___, at _____ o'clock, ___ M.
Defendant not found because:
☐ Moved   ☐ Unknown   ☐ No Answer   ☐ Vacant   ☐ Other _____

REMARKS:
RETURNED:

SO ANSWER

17. AFFIRMED and subscribed to before me this _____
20. day of _____ 20___
23. _____
Notary Public
MY COMMISSION EXPIRES

18. Signature of Dep. Sheriff: Kevin Skarlatos
19. Date: 8/10/22
21. Signature of Sheriff: Jerry L. Sanders Jr.
22. Date: AUG 12 2022
SHERIFF OF DELAWARE COUNTY

24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE
25. Date Received

DCSD-1-1989

**1. ISSUING AUTHORITY**

Copying Prohibited

# SHERIFF'S DEPARTMENT
DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

**SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type. Do Not detach any copies.

1. PLAINTIFF/S/ Lamar Marshall
2. COURT NUMBER CV-2022-004141
3. DEFENDANT/S/ Delaware County d/b/a George W. Hill Correctional Facility
4. TYPE OF WRIT OR COMPLAINT Civil Action Complaint
5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE: Lisa Mastroddi
6. ADDRESS: 500 Cheyney Rd. Thorton PA 19373
7. INDICATE UNUSUAL SERVICE: ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20____, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff. _____ SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff
Invoice No. 479079
Amount Pd. $235.00
Docket #
Page 4 of 7
7 Copies

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR
Gary Schatkopf Esq
11 Bala Ave
Bala Cynwyd PA 19004

10. TELEPHONE NUMBER 610-664-5290
11. DATE 7-29-22
12. SIGNATURE /s/ Gary Schatkopf

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above.
SIGNATURE of Authorized DCSD Deputy or Clerk and Title: MMH
14. Date Filed: 7-28-22
15. Expiration/Hearing date: 30 Days

**TO BE COMPLETED BY SHERIFF**

16. Served and made known to Nikki Miller, Defendant(s) on the 10th day of August, 20 22 at 2:10 o'clock, P.M., at 500 Cheyney Rd, Thornton PA 19373, Street, County of Delaware, Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business.
☐ Posted
☐ Other

On the ____ day of _____, 20____, at ____ o'clock, ____M.
Defendant not found because:
☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other

REMARKS:
RETURNED:

SO ANSWER.

17. AFFIRMED and subscribed to before me this
20. day of _____ 20 ____
23. _____ Notary Public
MY COMMISSION EXPIRES

18. Signature of Dep Sheriff: Kevin Scanlon
19. Date: 8/10/22
21. Signature of Sheriff: Jerry L. Sanders Jr.
22. Date: A 1 2 2022
SHERIFF OF DELAWARE COUNTY

24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE
25. Date Received

DCSD-1-1989

1. ISSUING AUTHORITY

Copying Prohibited

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

**SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type. Do Not detach any copies.

1. PLAINTIFF/S/: Lamar Marshall
2. COURT NUMBER: CV-2022-004141
3. DEFENDANT/S/: Delaware County d/b/a George W Hill Correctional Facility
4. TYPE OF WRIT OR COMPLAINT: Civil Action Complaint

**SERVE** → 5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE: Laura K. Williams
**AT** → 6. ADDRESS: 500 Cheyney Rd Thornton PA 19373

7. INDICATE UNUSUAL SERVICE: ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20___, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff
Invoice No. 479079
Amount Pd. $235.00
Docket #
Page 2 of 7
7 copies

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR:
Gary Schafkopf, Esq
11 Bala Ave
Bala Cynwyd PA 19004

10. TELEPHONE NUMBER: 610-664-5200
11. DATE: 7-29-22
12. SIGNATURE: /s/ Gary Schafkopf

---

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above
SIGNATURE of Authorized DCSD Deputy or Clerk and Title: MMH
14. Date Filed: 7-28-22
15. Expiration/Hearing date: 30 Days

**TO BE COMPLETED BY SHERIFF**

16. Served and made known to Nikki Miller, Defendant(s) on the 10th day of August 20 22, at 2:10 o'clock, P.M., at 500 Cheyney Rd, Thornton PA 19373 Street, County of Delaware, Commonwealth of Pennsylvania, in the manner described below:

☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business.
☐ Posted
☐ Other

On the ___ day of ___, 20___, at ___ o'clock, ___M.
Defendant not found because:
☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other

REMARKS:
RETURNED:

**SO ANSWER.**

17. AFFIRMED and subscribed to before me this ___
20 day of ___ 20 ___
23. ___
Notary Public
MY COMMISSION EXPIRES

18. Signature of Deputy Sheriff: Kevin Scanlan
19. Date: 8/10/22
21. Signature of Sheriff: Jerry L. Sanders Jr.
22. Date: AUG 12 2022
SHERIFF OF DELAWARE COUNTY

24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE
25. Date Received

DCSD-1-1989

1. ISSUING AUTHORITY

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

**SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type. Do Not detach any copies.

1. PLAINTIFF/S/ — Lamar Marshall
2. COURT NUMBER — CV-2022-004141
3. DEFENDANT/S/ — Delaware County d/b/a George W. Hill Correctional Facility
4. TYPE OF WRIT OR COMPLAINT — Civil Action Complaint

**SERVE AT:**
5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE — Head of Maintenance Department
6. ADDRESS — 500 Cheyney Rd, Thornton PA 19373
7. INDICATE UNUSUAL SERVICE — ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20___, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff
Invoice No. 479079
Amount Pd. $235.00
Docket #
Page 7 of 7
7 Copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR
Gary Schafkopf Esq
11 Bala Ave
Bala Cynwyd PA 19004

10. TELEPHONE NUMBER — 610-664-5200
11. DATE — 7-29-22
12. SIGNATURE — /s/ Gary Schafkopf

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above
SIGNATURE of Authorized DCSD Deputy or Clerk and Title — MMcH
14. Date Filed — 7-28-22
15. Expiration/Hearing date — 30 Days

**TO BE COMPLETED BY SHERIFF**

16. Served and made known to Nikki Miller on the 10th day of August, 20 22, at 2:10 o'clock, P.M., at 500 Cheyney Rd, Thornton PA 19373, Street, County of Delaware, Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business.
☐ Posted
☐ Other

On the ___ day of _____, 20 ___, at ___ o'clock, ___ M.
Defendant not found because: ☐ Moved ☐ Unknown ☐ No Answer ☐ Vacant ☐ Other
REMARKS:
RETURNED:

17. AFFIRMED and subscribed to before me this
20 day of _____ 20
23. _____ Notary Public
MY COMMISSION EXPIRES

SO ANSWER.
18. Signature of Deputy Sheriff — Kevin Scanlan
19. Date — 8/10/22
21. Signature of Sheriff — Jerry L. Sanders Jr.
22. Date — AUG 12 2022
SHERIFF OF DELAWARE COUNTY

24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE.
25. Date Received

DCSD-1-1989

Copying Prohibited

# SHERIFF'S DEPARTMENT
DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

## SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type. Do Not detach any copies.

1. PLAINTIFF/S/ Lamar Marshall
2. COURT NUMBER CV-2022-004141
3. DEFENDANT/S/ Delaware County d/b/a George W. Hill Correctional Facility
4. TYPE OF WRIT OR COMPLAINT Civil Action Complaint

**SERVE AT**
5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE Pete Fahy
6. ADDRESS 500 Cheyney Rd Thornton PA 19373
7. INDICATE UNUSUAL SERVICE: ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20___, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff
Invoice No. 479079
Amount Pd. $235.00
Docket #
Page
3 of 7
7 Copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR
Gary Schatkopf, Esq
11 Bala Ave
Bala Cynwyd PA 19004

10. TELEPHONE NUMBER 610-664-5200
11. DATE 7-29-22
12. SIGNATURE /s/ Gary Schatkopf

### SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE

13. I acknowledge receipt of the writ or complaint as indicated above
SIGNATURE of Authorized DCSD Deputy or Clerk and Title: MMH
14. Date Filed 7-28-22
15. Expiration/Hearing date 30 Days

TO BE COMPLETED BY SHERIFF

16. Served and made known to Nikki Miller, Defendant(s) on the 10th day of August, 20 22, at 2:10 o'clock, P M., at 500 Cheyney Rd, Thornton PA 19373 Street, County of Delaware, Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business.
☐ Posted
☐ Other

On the ___ day of _____, 20___, at ___ o'clock, ___ M.
Defendant not found because:
☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other

REMARKS:
RETURNED:

SO ANSWER.

17. AFFIRMED and subscribed to before me this
20. day of _____ 20___
23. _____ Notary Public
MY COMMISSION EXPIRES

18. Signature of Dep. Sheriff Kevin Scanlan
19. Date 8/10/22
21. Signature of Sheriff Jerry L. _____
22. Date AUG 12 2022
SHERIFF OF DELAWARE COUNTY

24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE
25. Date Received

DCSD-1-1989

**1. ISSUING AUTHORITY**

FILED
08-17-2022 02:50 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

*Copying Prohibited* (watermark)

# SHERIFF'S DEPARTMENT
### DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

Scanlan 8/14

## SHERIFF SERVICE
## PROCESS RECEIPT, and AFFIDAVIT OF RETURN

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type. Do Not detach any copies.

**1. PLAINTIFF/S/** Lamar Marshall

**2. COURT NUMBER** CV-2022-004141

**3. DEFENDANT/S/** Delaware County d/b/a George W. Hill Correctional Facility

**4. TYPE OF WRIT OR COMPLAINT** Civil Action Complaint

**SERVE** **5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVICE** Delaware County d/b/a George W. Hill Correctional Facility

**AT** **6. ADDRESS** 500 Cheyney Rd Thornton PA 19373

**7. INDICATE UNUSUAL SERVICE:** ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20___, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

**SHERIFF OF DELAWARE COUNTY**

**8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE**

Deputy Sheriff
Invoice No. 479079
Amount Pd $235.00
Docket #
Page 1 of 7
7 Copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

**9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR**
Gary Schafkopf, Esq
11 Bala Ave
Bala Cynwyd PA 19004

**10. TELEPHONE NUMBER** 610-664-5200

**11. DATE** 7-29-22

**12. SIGNATURE** /s/ Gary Schafkopf

---

### SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE

**13.** I acknowledge receipt of the writ or complaint as indicated above

**SIGNATURE of Authorized DCSD Deputy or Clerk and Title** MMH

**14. Date Filed** 7-28-22

**15. Expiration/Hearing date** 30 Days

### TO BE COMPLETED BY SHERIFF

**16.** Served and made known to Nikki Miller on the 10th day of August, 2022, at 2:10 o'clock, P M., at 500 Cheyney Rd, Thornton PA 19373, Street, County of Delaware, Commonwealth of Pennsylvania, in the manner described below:

☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business.
☐ Posted
☐ Other _____

On the ___ day of _____, 20___, at _____ o'clock, ___ M.
Defendant not found because:
☐ Moved   ☐ Unknown   ☐ No Answer   ☐ Vacant   ☐ Other _____

**REMARKS:**
**RETURNED:**

**17. AFFIRMED** and subscribed to before me this _____ day of _____ 20___
**23.** _____ Notary Public
**MY COMMISSION EXPIRES**

**SO ANSWER.**
**18. Signature of Dep Sheriff** Kevin Scanlan
**21. Signature of Sheriff** Jerry K. Sanders Jr.
**19. Date** 8/10/22
**22. Date** AUG 12 2022

**SHERIFF OF DELAWARE COUNTY**

**24.** I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE.

**25. Date Received**

DCSD-1-1989

**1. ISSUING AUTHORITY**

FILED
08-17-2022 02:47 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
201 WEST FRONT STREET, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

**SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS FOR SERVICE OF PROCESS: You must file one instruction sheet for each defendant. Please type. Do Not detach any copies.

1. PLAINTIFF/S/: Lamar Marshall
2. COURT NUMBER: CV-2022-004141
3. DEFENDANT/S/: Delaware County d/b/a George W Hill Correctional Facility
4. TYPE OF WRIT OR COMPLAINT: Civil Action Complaint

SERVE
5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE: Counselor Sam
AT
6. ADDRESS: 500 Cheyney Rd Thornton PA 19373

7. INDICATE UNUSUAL SERVICE: ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20___, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff
Invoice No. 479079
Amount Pd. $235.00
Docket #
Page 6 of 7
7 Copies

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR:
Gary Schafkopf, Esq
11 Bala Ave
Bala Cynwyd PA 19004

10. TELEPHONE NUMBER: 610-664-5200
11. DATE: 7-27-22
12. SIGNATURE: /s/ Gary Schafkopf

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above.
SIGNATURE of Authorized DCSD Deputy or Clerk and Title: MMH
14. Date Filed: 7-28-22
15. Expiration/Hearing date: 30 Days

**TO BE COMPLETED BY SHERIFF**

16. Served and made known to Nikki Miller on the 10th day of August, 20 22, at 2:10 o'clock, P.M., Defendant(s) at 500 Cheyney Rd, Thornton PA 19373, Street, County of Delaware, Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is ____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business.
☐ Posted
☐ Other

On the ___ day of ___, 20___, at ___ o'clock, ___ M.
Defendant not found because:
☐ Moved ☐ Unknown ☐ No Answer ☐ Vacant ☐ Other
REMARKS:
RETURNED:

17. AFFIRMED and subscribed to before me this
20. day of ___ 20___
23. _____ Notary Public
MY COMMISSION EXPIRES

SO ANSWER
18. Signature of Deputy Sheriff
19. Date: 8/10/22
21. Signature of Sheriff
22. Date: AUG 12 2022

SHERIFF OF DELAWARE COUNTY

24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE
25. Date Received

DCSD-1-1989

1. ISSUING AUTHORITY

FILED
08-17-2022 02:55 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA