# EXHIBIT "D"

**ARCHER & GREINER, P.C.**
BY:    Jeffrey M. Scott (PA Id. No. 60184)
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, Pennsylvania 19103
215-279-9692
jscott@archerlaw.com
   Attorney for Defendants Delaware County d/b/a
   George W. Hill Correctional Facility, Laura K. Williams,
   Dele Faly and Lisa Mastroddi

| | | |
|---|---|---|
| **LAMAR MARSHALL,** | : | |
| | : | COURT OF COMMON PLEAS, |
| Plaintiff, | : | DELAWARE COUNTY, PENNSYLVANIA |
| | : | |
| v. | : | NO. CV-2022-004141 |
| | : | |
| **DELAWARE COUNTY D/B/A GEORGE** | : | |
| **W. HILL CORRECTIONAL FACILITY;** | : | |
| **LAURA K. WILLIAMS; DELE FALY;** | : | |
| **LISA MASTRODDI; MR. BANKS;** | : | |
| **COUNSELOR SAM; HEAD OF** | : | |
| **MAINTENANCE DEPARTMENT;** | : | |
| **JESSAMINE HEALTHCARE, INC.;** | : | |
| **JESSAMINE HEALTHCARE, INC. D/B/A** | : | |
| **CORRECT CARE SOLUTIONS, LLC/** | : | |
| **WELLPATH, LLC and CORRECT CARE** | : | |
| **SOLUTIONS, LLC/WELLPATH, LLC**, | : | |
| | : | |
| Defendants. | : | |

PLEASE TAKE NOTICE that a Notice of Removal of this action from the Court of Common Pleas of Delaware County, docketed at *Lamar Marshall v. Delaware County d/b/a George W. Hill Correctional Facility, et al.*, No. CV-2022-004141, to the United States District Court for the Eastern District of Pennsylvania, a copy of which is attached hereto as Exhibit A, has been filed in the United States District Court for the Eastern District of Pennsylvania. Accordingly, and pursuant to 28 U.S.C. § 1446(d), this Court may proceed no further unless the case is remanded to it.

                                                            */s/Jeffrey M. Scott*
                                                            Jeffrey M. Scott

Archer & Greiner, P.C.
Three Logan Square
Suite 3500
1717 Arch Street
Philadelphia, Pennsylvania  19103
Phone:  215-279-9692
Fax:     215-963-9999
jscott@archerlaw.com Attorney for Defendants
Delaware County d/b/a
George W. Hill Correctional Facility, Laura K. Williams, Dele Faly and Lisa Mastroddi

**ARCHER & GREINER, P.C.**
BY: Jeffrey M. Scott (PA Id. No. 60184)
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, Pennsylvania 19103
215-279-9692
jscott@archerlaw.com
Attorney for Defendants Delaware County d/b/a
George W. Hill Correctional Facility, Laura K. Williams,
Dele Faly and Lisa Mastroddi

| | | |
|---|---|---|
| **LAMAR MARSHALL,** | : | |
| | : | COURT OF COMMON PLEAS, |
| Plaintiff, | : | DELAWARE COUNTY, PENNSYLVANIA |
| | : | |
| v. | : | NO. CV-2022-004141 |
| | : | |
| **DELAWARE COUNTY D/B/A GEORGE W. HILL CORRECTIONAL FACILITY; LAURA K. WILLIAMS; DELE FALY; LISA MASTRODDI; MR. BANKS; COUNSELOR SAM; HEAD OF MAINTENANCE DEPARTMENT; JESSAMINE HEALTHCARE, INC.; JESSAMINE HEALTHCARE, INC. D/B/A CORRECT CARE SOLUTIONS, LLC/ WELLPATH, LLC and CORRECT CARE SOLUTIONS, LLC/WELLPATH, LLC,** | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the Notice of Filing of Notice of Removal was served on August 25, 2022, upon counsel through the electronic filing system, and by first class mail, addressed as follows:

Matthew B. Weisberg, Esquire
David A. Berlin, Esquire
Weisberg Law
7 South Morton Avenue
Morton, PA 19070

Gary Schafkopf, Esquire
Schafkopf Law LLC
11 Bala Avenue
Bala Cynwyd, PA 19004

                                      */s/Jeffrey M. Scott*
Jeffrey M. Scott
Archer & Greiner, P.C.
Three Logan Square
Suite 3500
1717 Arch Street
Philadelphia, Pennsylvania  19103
Phone:  215-279-9692
Fax:     215-963-9999
jscott@archerlaw.com Attorney for Defendants Delaware County d/b/a George W. Hill Correctional Facility, Laura K. Williams, Dele Faly and Lisa Mastroddi

225506908v1

2