IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Lamar Marshall,**<br><br>        **Plaintiff,**<br><br>    **v.**<br><br>**DELAWARE COUNTY D/B/A GEORGE W. HILL CORRECTIONAL FACILITY, et al.,**<br><br>        **Defendants.** | **Civil Action No. 22-cv-3416** |

## ORDER

**AND NOW**, this ____ day of _____, 2022, upon consideration of Defendants Delaware County, Laura K. Williams, Dele Faly, and Lisa Mastroddi's Motion to Dismiss under Rules 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure, and any response thereto, it is hereby **ORDERED and DECREED** that said Motion is **GRANTED.**

   **IT IS FURTHER ORDERED:**

   1. Plaintiff's Civil Action is **DISMISSED** with prejudice as to Defendants Delaware County, Laura K. Williams, Dele Faly, and Lisa Mastroddi as Plaintiff's Complaint fails to set forth a claim under 42 U.S.C. § 1983 and Pennsylvania law; and

   2. Plaintiff's Civil Action is **DISMISSED** as to Defendants "Sam," "Head of the Maintenance Department," and "Mr. Banks for lack of personal jurisdiction.

_____
                                                                                                                    J.

225541205v1