# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMAR MARSHAL, | : |
|     Plaintiff, | : |
| | :   No. 22-cv-3416-JMY |
| vs. | : |
| | : |
| DELAWARE COUNTY d/b/a | : |
| GEORGE W. HILL | : |
| CORRECTIONAL FACILITY, et al. | : |
|     Defendants, | : |

## ORDER

AND NOW, this 27th day of September 2022, upon consideration of the Motion to Dismiss for Failure to State a Claim filed by Defendants (ECF No. 4), and in light of the Amended Complaint (ECF No. 7) filed on September 21, 2022, it is hereby ORDERED that said Motion to Dismiss shall be DENIED as MOOT.

BY THE COURT:

/s/ John Milton Younge
_____
Judge John Milton Younge