# Weisberg Law

*Attorneys & Counselors at Law*
LICENSED IN PA & NJ

**7 South Morton Avenue**
**Morton, Pennsylvania 19070**
**Ph: 610.690.0801**
**Fax: 610.690.0880**

Additional Offices
Philadelphia, Pa
Bala Cynwyd, Pa

*Matthew B. Weisberg*^
L. Anthony DiJiacomo~
David A. Berlin^+
Gary Schafkopf^+
Yanna Panagopoulos~+
Lisa Claire#+

*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
#Licensed in NJ
+Of Counsel

Web-Site: www.weisberglawoffices.com
E-Mail: DBERLIN@WEISBERGLAWOFFICES.COM

*Monday, September 18, 2023*

**Via ECF**
Honorable Scott W. Reid
Honorable Carol Sandra Moore Wells
United States District Court
Eastern District of Pennsylvania

      RE:    **Marshall v. John Shutter, et al.**
                  **U.S. District Court – Eastern District of Pennsylvania**
                  **No.: 22-cv-03416-SWR**

Your Honor:

      Undersigned Counsel represents Plaintiff in the above-referenced matter and writes to advise that this matter was settled as of today. The Parties are in the process of finalizing the settlement and Plaintiff will file an appropriate praecipe once the settlement agreement is executed and settlement payment is received by Undersigned Counsel. Thank you Your Honor.

                                  Sincerely,

                                    /s/ David A. Berlin
                                  DAVID A. BERLIN

DAB/md

cc:    Mathew H. Fry, Esq. (Via ECF)